IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LOUIS RICHARDS, | 1:07-cv-001805 LJO-WMW (HC) |
|     Petitioner, | ORDER GRANTING MOTION<br>TO PROCEED IN FORMA PAUPERIS |
| vs. | (DOCUMENT #2) |
| THE PEOPLE, et al., | |
|     Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed a motion to proceed in forma pauperis. Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:   December 19, 2007**          /s/  **William M. Wunderlich**
                                                                                              UNITED STATES MAGISTRATE JUDGE