UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN LOUIS RICHARDS, | ) | 1:07-cv-01805 LJO YNP (DLB) (HC) |
| Petitioner, | ) ) | ORDER GRANTING PETITIONER'S |
| v. | ) ) | MOTION TO WITHDRAW CLAIM NUMBER ONE |
|  | ) | [Doc. #21] |
| THE PEOPLE, et al., | ) ) | ORDER DENYING RESPONDENT'S MOTION TO DISMISS |
| Respondents. | ) ) | [Doc. #16] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 29, 2009, Respondent filed a motion to dismiss claiming that Petitioner had failed to exhaust ground one of his petition thereby warranting dismissal. (Doc. #16)

On July 14, 2009, this Court granted Petitioner leave to withdraw the one unexhausted claim from the petition and continue with only the fully exhausted claims. (Doc. #20).

On August 3, 2009, Petitioner filed a motion to withdraw claim one from his petition and continue with the reaming claims. (Doc. #21).

Petitioner's motion to withdraw claim one from his petition for writ of habeas corpus is GRANTED and Petitioner's claim for "Denial of effective assistance of counsel" and "Incompetency

of counsel," ground one in the petition, is hereby DISMISSED.

With claim one withdrawn, the petition for writ of habeas corpus no longer contains any unexhausted claims. Respondent's motion to dismiss is hereby DENIED.

ORDER

Accordingly the Court ORDERS that:

1. Petitioner's motion to withdraw the unexhausted claim is GRANTED;

2. Ground one of the petition for writ of habeas corpus is DISMISSED;

3. Respondent's motion to dismiss is DENIED;

4. Respondent SHALL FILE and ANSWER within thirty (30) days of service of this order.[1]

IT IS SO ORDERED.

Dated:     August 24, 2009                    /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Both parties should refer to the order directing Respondent to file a response for further instructions regarding filing an answer and traverse. (Doc. #11).